IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE YANG,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:08-cv-00265- AWI-TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO LODGE ADMINISTRATIVE RECORD |

   Plaintiff Sue Yang ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying Plaintiff's claim for benefits under the Social Security Act.

   This Court issued its February 22, 2008 Scheduling Order directing Defendant Michael J. Astrue ("Defendant") to "serve a copy of the administrative record on [Plaintiff] and file it with the court" within 120 days after being served with the complaint. (Doc. 7.) The Scheduling Order explains that "[v]iolations of this order or of the federal or local rules of procedure may result in sanctions pursuant to Local Rule 11-110." (*Id.*)

   Plaintiff filed a "summons returned executed" on May 7, 2008. (Doc. 9.) This Court calculates September 4, 2008 as the deadline for Defendant to file and serve the administrative record. To date, the administrative record has not been lodged as required by this Court's order. (*See* Docket Sheet.)

   Accordingly, this Court ORDERS Defendant, no later than February 6, 2009, to show cause, in writing, why sanctions should not be imposed for Defendant's failure to file and serve the

administrative record and to comply with this Court's orders.  This Court will vacate this Order to Show Cause if Defendant lodges and serves the administrative record no later than February 4, 2009.

IT IS SO ORDERED.

Dated:   **January 22, 2009**                                                  /s/ Theresa A. Goldner
                                                                                              UNITED STATES MAGISTRATE JUDGE